# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 1:18-cr-10101-STA-4 |
| ) | |
| JUSTIN TYLER BYNUM, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO RESET TIME OF PLEA HEARING AND NOTICE OF SETTING

Upon motion of the Defendant, Justin Bynum, to reset the time of the Plea Hearing currently scheduled in this matter, without objection from the Government, and for good cause shown, it is hereby **ORDERED** that the time for the Plea Hearing in this matter on June 25, 2019 be reset to 11:00 a.m.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: 5/29/2019